**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCETTE GOODWIN, an individual, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN, CO., an Illinois Corporation,<br><br>Defendant. | CASE NO. 2:23-cv-00147-HDV-PD<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:   Hon. Hernan D. Vera |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joycette Goodwin ("Plaintiff") and Defendant Walgreen, Co. ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each party is to bear her or its own attorneys' fees, expenses, and costs.

DATED: February 20, 2024        Respectfully submitted,

/s/ Ronald A. Marron
RONALD A. MARRON
*Counsel for Plaintiff*

DATED: February 20, 2024        Respectfully submitted,

/s/ Megan O'Neill
MEGAN O'NEILL
*Counsel for Defendant*

1

*Goodwin v. Walgreen Co.* Case No. 2:23-cv-00147-HDV-PD
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Ronald A. Marron, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

/s/ Ronald A. Marron
Ronald A. Marron

2

*Goodwin v. Walgreen Co.* Case No. 2:23-cv-00147-HDV-PD
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)